IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                      CRIMINAL NO. 5:13cr11DCB-FKB

RYAN C. MURPHY

## **FINAL ORDER OF FORFEITURE**

Before the Court is the Government's motion for a final order of forfeiture. [Ct. Doc. No. 12]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on August 13, 2013, this Court entered an Agreed Preliminary Order of Forfeiture [Ct. Doc. No. 7], ordering defendant, **RYAN C. MURPHY**, to forfeit the following property:

**One (1) Mathews Bow SN 1290525**

and

WHEREAS, the United States caused to be published via the internet at [www.forfeiture.gov](www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant, **RYAN C. MURPHY**, had an interest in the property that is subject to forfeiture pursuant 16 U.S.C. § 1540(e);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is forfeited to the United States of America pursuant to 16 U.S.C. § 1540(e):

**One (1) Mathews Bow SN 1290525**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the 18th day of October, 2013.

s/David Bramlette
UNITED STATES DISTRICT COURT JUDGE